**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| Ronald Hill, | ) CASE NO. 1:09MC29 |
| Plaintiff(s), | ) |
| v. | ) |
| State of Ohio, et al., | ) |
| Defendant(s). | ) **J U D G M E N T** |

The Court has filed its Order in the above-captioned matter. Accordingly, this action is dismissed pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

 S/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE